IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01752-RPM-MEH

ANNE B. JORGENSEN,

    Plaintiff,

v.

GE BUSINESS CAPITAL CORPORATION, a foreign Delaware Corporation registered to do Business in the State of Colorado, Doing business as
GEMB and
GE MONEY BANK/LOWES,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

    Upon review of Plaintiff's Motion for Dismissal of Action with Prejudice [5], filed on August 27, 2010, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney's fees and costs.

    DATED:    August 27th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge